■ RICHARD K. CLARK v. NATIONAL BROADCASTING COMPANY, INC., et al. — Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten record, without printing the same, but upon printed appellant's points; the appellant to serve one copy of the typewritten record upon the attorneys for respondents and file six typewritten copies thereof together with the appellant's printed points with this court, and on the further condition that the appeal be noticed for argument for the same term as the appeal in *Goostree* v. *P. Lorillard Co.* Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ In the Matter of the Accounting of ALFRED GOLDBERG, as Administrator of the Estate of JACOB GOLDBERG, Deceased. ANNA KRAMER.— Motion for an enlargement of time granted only insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. If the appellant fails to comply with the condition imposed, the respondent may enter an order dismissing the appeal without notice to the appellant. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ In the Matter of SOL ENDIG v. ROBERT F. WAGNER et al.— Motion for an enlargement of time denied. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ MARCIA BEN AMI MICHEL v. YITSHAQ BEN AMI.— Motion to dismiss appeal denied without prejudice, however, to a renewal thereof upon the argument or submission of the appeal. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID MOSELEY.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ CORNELIUS B. CHAPMAN et al., as Copartners, v. FRANCES M. PURDY. — Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 31, 1961, with notice of argument for the March 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL ERCEG. (B) THE PEOPLE OF THE STATE OF NEW YORK v. CASWELL LATHAN, JR. (C) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE MURTHA.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.